IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICK TINKLE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>JECTNYC, LLC,<br><br>           Defendant. | Case No. 1:25-cv-01238 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Nick Tinkle hereby dismisses, without prejudice, all claims against Defendant JECTNYC, LLC. Each party shall bear its own attorneys' fees and costs.

Dated: July 7, 2025                              Respectfully Submitted,

                                                 /s/ *Alec M. Leslie*
                                                     Alec M. Leslie

                                                 **BURSOR & FISHER, P.A.**
                                                 Alec M. Leslie
                                                 1330 Avenue of the Americas, 32nd Floor
                                                 New York, NY 10019
                                                 Tel: (646) 837-7150
                                                 Fax: (212) 989-9163
                                                 Email: aleslie@bursor.com

                                                 *Attorney for Plaintiff*

15310699v.3