IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICK TINKLE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>  v.<br><br>JECTNYC, LLC,<br><br>          Defendant. | Case No. 1:25-cv-01238 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nick Tinkle hereby dismisses, with prejudice, all claims against Defendant JECTNYC, LLC.  Each party shall bear its own attorneys' fees and costs.

Dated: July 18, 2025

                     Respectfully Submitted,

                     /s/ *Alec M. Leslie*
                       Alec M. Leslie

                     **BURSOR & FISHER, P.A.**
                     Alec M. Leslie
                     1330 Avenue of the Americas, 32nd Floor
                     New York, NY 10019
                     Tel: (646) 837-7150
                     Fax: (212) 989-9163
                     Email: aleslie@bursor.com

                     *Attorney for Plaintiff*

15310699v.3